**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| Velocity Patent LLC | ) | Case No: 13 C 8413 |
|  | ) |  |
| v. | ) | Judge: John W. Darrah |
|  | ) |  |
| Mercedes-Benz USA, LLC | ) |  |
| et al | ) |  |

## <u>ORDER</u>

For the reasons stated in the attached memorandum opinion and order, Defendants' joint Motion for Summary Judgment of Indefiniteness or Noninfringement [104] is denied. Plaintiff's cross-Motion for Summary Judgment of Infringement [111] is denied. Enter Memorandum Opinion and Order.

Date:  9/21/16                                          /s/ Judge John W. Darrah